WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw@sbcglobal.net
Attorney for Plaintiff



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALFRED V. DOMINGUEZ,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant. | CASE NO.: **EDCV 05-0652 JWJ**<br><br>(PROPOSED) ORDER RE MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1383 (d)(2)(A) |

The Court finds that the sum of $2,961.75 requested by Plaintiff's counsel in reasonable. Accordingly, the Commissioner is ordered to pay Plaintiff's counsel that sum as reasonable attorney's fees. Plaintiff's counsel is ordered to reimburse Plaintiff the sum of $1,899.00, as money previously received under the Equal Access to Justice Act in the present case.

IT IS SO ORDERED.

Dated: March 4, 2008

United States Magistrate Judge
Jeffrey W. Johnson